UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

Mark B. Busby  
Clerk of Court

General Court Number

August 27, 2025

Alameda County Superior Court
1221 Oak Street
Oakland, CA 94612

RE: Aetna Inc., et al. v. Corcept Therapeutics, Incorporated
    25-cv-02590-NW

Your Case Number: 25CV110493

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- ☒ Original and one copy of this letter
- ☒ Certified copy of docket entries
- ☒ Certified copy of Remand Order
- ☐ Other

    Please send an acknowledgement of receipt of these documents in the enclosed postage paid self-addressed envelope.

Sincerely,

Mark B. Busby, Clerk of Court

by: Sheila Rash
Case Systems Administrator

REV. 10/21